# Third District Court of Appeal

## State of Florida

Opinion filed March 31, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1454
Lower Tribunal No. 18-CA-1271-K

_____

**Harry Barnett,**
Appellant,

vs.

**Linda Simonet, et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, James M. Barton, II, Senior Judge.

Harry Barnett, in proper person.

Kubicki Draper and Sharon C. Degnan (Orlando), for appellees Linda Simonet, Florida Keys Veterinary relief, d/b/a Key West Vets and Pets and Dr. Thomas Householder.

Before LOGUE, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Diageo Dominicana, S.R.L. v. United Brands, S.A., 314 So. 3d 295, 299 (Fla. 3d DCA 2020) ("[A]n appellate court reviewing the grant of a directed verdict must view the evidence and all inferences of fact in the light most favorable to the nonmoving party, and can affirm a directed verdict [] where no proper view of the evidence could sustain a verdict in favor of the nonmoving party." (quoting Owens v. Publix Supermarkets, Inc., 802 So. 2d 315, 329 (Fla. 2001))); Florida E. Coast Ry. Co. v. Shulman, 481 So. 2d 965, 967 (Fla. 3d DCA 1986) ("An appellate court cannot substitute its judgment for that of the jury on disputed questions of fact.  If there is any competent evidence to support a verdict, that verdict must be sustained regardless of the appellate court's opinion as to its appropriateness.").